UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | CASE NO.: 3:20-cr-01762-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL-SETTING |
| LISA MY ANH LE, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the parties' joint motion to continue the motion hearing/trial-setting in the above-identified matter is granted. The motion hearing currently scheduled for March 12, 2021, at 1:30 p.m. is continued to April 30, 2021, at 1:30 p.m.

For the reasons set forth in the motion, the Court excludes time under the Speedy Trial Act, 18 U.S.C. § 3161, because the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Defendant shall file a signed Acknowledgement of Next Court Date by April 2, 2021.

IT IS SO ORDERED.

Dated: March 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge